UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CHAVIA SAVAGE, *et al*. | Case No. 16-cr-0484(34)<br><br>**FILED UNDER SEAL** |

**MOTION TO SEAL**

Defendant, Chavia Savage, by her undersigned counsel and pursuant to Local Rule 105.11, moves to seal her Consent Sealing Motion including exhibits, and this Motion to Seal. The grounds for this Motion are as follows:

1. The charges against Ms. Savage were dismissed pursuant to a Deferred Prosecution Agreement by Order dated February 8, 2019.

2. Ms. Savage now moves to seal or redact certain court records related to the dismissed charges as fully set forth in the accompanying Consent Sealing Motion and the specific relief requested in the proposed sealing order.

3. Assistant U.S. Attorney Leo Wise has indicated that the government does not oppose this motion.

WHEREFORE, Ms. Savage respectfully requests that the Court seal her Consent Sealing Motion and exhibits, and this Motion to Seal.

Dated: December 23, 2020               Respectfully submitted,

                                       */s/ Adam B. Abelson*
                                       Gregg L. Bernstein (Bar No. 01340)
                                       Adam B. Abelson (Bar No. 29532)

                                          Zuckerman Spaeder LLP
                                        100 East Pratt Street, Suite 2440
                                        Baltimore, Maryland 21202
                                        (410) 949-1144 (telephone)
                                        (410) 659-0436 (facsimile)
                                        gbernstein@zuckerman.com
                                        aabelson@zuckerman.com

                                        *Counsel for Defendant,*
                                        *Chavia Savage*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of December, 2014, copies of the foregoing Motion to Seal and Proposed Order (filed under seal) were sent by e-mail and regular mail to: Leo J. Wise, Assistant United States Attorney, Office of the United States Attorney, 36 South Charles Street, Fourth Floor, Baltimore, Maryland 21201; lwise@usa.doj.gov.

*/s/ Adam B. Abelson*
Adam B. Abelson